THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Eric Rion Quick, Appellant.
 
 
 

Appeal From Darlington County
James E. Lockemy, Circuit Court Judge
Unpublished Opinion No. 2009-UP-005
Submitted December 1, 2008  Filed January
 7, 2009    
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 Office of the Attorney General, all of Columbia; and Solicitor Jay E. Hodge, of
 Cheraw, for Respondent.
 
 
 

PER CURIAM:  Eric Rion Quick appeals his convictions of murder and
 possession of a firearm during the commission of a violent crime, and
 concurrent sentences of thirty-eight and five years, respectively.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Quicks appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.